**EXHIBIT 'A'**

FILED
7/17/25 11:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 24-22911-GLT |
| Lisa McCarney, | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | HEARING DATE & TIME: |
| NexTier Bank, N.A., | ) | |
| | ) | RELATED TO DOC NO. 36 & 42 |
| Movant, | ) | |
| vs. | ) | |
| Lisa McCarney, Debtor; and Ronda J. Winnecour, Trustee, | ) | |
| Respondents. | ) | |

**CONSENT ORDER GRANTING CONDITIONAL RELIEF FROM STAY IN FAVOR OF NEXTIER BANK, N.A. AS TO 12219 ADAMS DRIVE, NORTH HUNTINGDON, PA 15642**

**AND NOW**, this 17th Day of July, 2025 , upon consideration of the Motion for Relief from the Automatic Stay as to 12219 Adams Drive, North Huntingdon, PA 15642, filed by NexTier Bank, N.A. (the "Movant") at Document No. 36, by and upon consent of the parties as evidenced below, it is hereby **ORDERED** that the automatic stay is terminated as it affects the interests of the Movant with respect to the real property commonly known as 12219 Adams Drive, North Huntingdon, PA 15642; **PROVIDED HOWEVER**, that this Order granting relief is **STAYED** for so long as the Debtor remits timely and full monthly Chapter 13 plan payments to the Chapter 13 Trustee, as the same come due for twelve (12) consecutive months **AND** that if the Debtor establishes a record of making full and timely plan payments to the Chapter 13 Trustee for said twelve (12) consecutive months, the provisions of this Order granting relief shall terminate,

without further order of Court, and the Movant will be compelled to file a new motion for stay relief thereafter.

It is further **ORDERED** that, beginning with the date of this Order and for the duration of the said twelve (12) consecutive months, in the event that the Debtor fails to timely make any monthly plan payment in full to the Chapter 13 Trustee, then Movant shall forward a Notice of Default to counsel for the Debtor. Such Notice of Default shall advise of the amounts due and provide the Debtor with ten (10) days from the date of the Notice to fully cure such payment default. In the event the Debtor fails to do so within such ten (10) day period, then the stay of this Order shall be vacated upon the filing by the Movant of an Affidavit of Default, without further hearing or without entry of an additional Order. The Affidavit of Default shall contain a statement of default as supported by the records of the Chapter 13 Trustee.

It is further **ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter under the Bankruptcy Code.

**BY THE COURT:**

Gregory L. Taddonio drb
U.S. Bankruptcy Judge

**AGREED AND CONSENTED TO BY:**

/s/Alexander C. Herron
Alexander C. Herron, Esquire
Pa. I.D. No. 333768
*Counsel for NexTier Bank, N.A*

/s/ Lawrence W. Willis
Lawrence W. Willis, Esquire
Pa. I.D. No. 85299
*Counsel for the Debtor*

/s/ Kate Desimone
Kate Desimone, Esquire
Pa. I.D. No. 42575
*Counsel to the Chapter 13 Trustee*