**EXHIBIT 'B'**

**PRINT INQUIRY** Close Window Click Here to Print this Page

| | | | | | | |
|---|---|---|---|---|---|---|
| **24-22911GLT** | **LISA MCCARNEY** [redacted] | **12219 ADAMS DRIVE • • N. HUNTINGDON • PA • 15642** | **$1,490.67 MO/$197.33 MO** | **Bar Date(s):** | **2/3/2025 (has passed) 5/23/2025 (has passed)** |
| | | | | **Confirmed:** | **3/3/2025** |
| | **Trustee: Ronda J. Winnecour** | **Attorney: LAWRENCE W WILLIS ESQ** | | **Case Status:** | **ACTIVE** |

## Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 12/1/2024 | 3.00 | $1,401.00 | MONTHLY | ROSS NORWIN SHOP N SAVE | 1/23/2025 | None |
| 3/1/2025 | end of plan | $1,490.67 | MONTHLY | ROSS NORWIN SHOP N SAVE | | None |

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 3/1/2025 | 6.00 | $77.33 | MONTHLY | LISA MCCARNEY | | None |
| 9/1/2025 | end of plan | $197.33 | MONTHLY | LISA MCCARNEY | | None |

**Forgive Information**

| Date | Amount | Description |
|---|---|---|
| 2/28/2025 *Invalid* | $3,503.00 | CONF OE 3/3/25 |
| 8/31/2025 | $4,407.00 | CONF OE 9/12/25 |

Payments Expected for Step 1:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 12/1/2024 | 12/31/2024 | $1,401.00 | $1,401.00 |
| 2 | 1/1/2025 | 1/31/2025 | $1,401.00 | $2,802.00 |
| 3 | 2/1/2025 | 2/28/2025 | $1,401.00 | $4,203.00 |
| Total | | | | **$4,203.00** |

Payments Expected for Step 2:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 3/1/2025 | 3/31/2025 | $1,490.67 | $1,490.67 |
| 2 | 4/1/2025 | 4/30/2025 | $1,490.67 | $2,981.34 |
| 3 | 5/1/2025 | 5/31/2025 | $1,490.67 | $4,472.01 |
| 4 | 6/1/2025 | 6/30/2025 | $1,490.67 | $5,962.68 |
| 5 | 7/1/2025 | 7/31/2025 | $1,490.67 | $7,453.35 |
| 6 | 8/1/2025 | 8/31/2025 | $1,490.67 | $8,944.02 |
| 7 | 9/1/2025 | 9/30/2025 | $1,490.67 | $10,434.69 |
| 8 | 10/1/2025 | 10/31/2025 | $1,490.67 | $11,925.36 |
| 9 | 11/1/2025 | 11/30/2025 | $1,490.67 | $13,416.03 |
| 10 | 12/1/2025 | 12/31/2025 | $1,490.67 | $14,906.70 |
| 11 | 1/1/2026 | 1/31/2026 | $1,490.67 | $16,397.37 |
| 12 | 2/1/2026 | 2/28/2026 | $1,490.67 | $17,888.04 |
| 13 | 3/1/2026 | 3/31/2026 | $1,490.67 | $19,378.71 |
| 14 | 4/1/2026 | 4/30/2026 | $1,490.67 | $20,869.38 |
| 15 | 5/1/2026 | 5/31/2026 | $1,490.67 | $22,360.05 |
| 16 | 6/1/2026 | 6/30/2026 | $1,490.67 | $23,850.72 |
| 17 | 7/1/2026 | 7/31/2026 | $1,490.67 | $25,341.39 |
| 18 | 8/1/2026 | 8/31/2026 | $1,490.67 | $26,832.06 |
| 19 | 9/1/2026 | 9/30/2026 | $1,490.67 | $28,322.73 |
| 20 | 10/1/2026 | 10/31/2026 | $1,490.67 | $29,813.40 |
| 21 | 11/1/2026 | 11/30/2026 | $1,490.67 | $31,304.07 |
| 22 | 12/1/2026 | 12/31/2026 | $1,490.67 | $32,794.74 |
| 23 | 1/1/2027 | 1/31/2027 | $1,490.67 | $34,285.41 |
| 24 | 2/1/2027 | 2/28/2027 | $1,490.67 | $35,776.08 |
| 25 | 3/1/2027 | 3/31/2027 | $1,490.67 | $37,266.75 |
| 26 | 4/1/2027 | 4/30/2027 | $1,490.67 | $38,757.42 |
| 27 | 5/1/2027 | 5/31/2027 | $1,490.67 | $40,248.09 |
| 28 | 6/1/2027 | 6/30/2027 | $1,490.67 | $41,738.76 |
| 29 | 7/1/2027 | 7/31/2027 | $1,490.67 | $43,229.43 |
| 30 | 8/1/2027 | 8/31/2027 | $1,490.67 | $44,720.10 |

| | | | | |
|---|---|---|---|---|
| 31 | 9/1/2027 | 9/30/2027 | $1,490.67 | $46,210.77 |
| 32 | 10/1/2027 | 10/31/2027 | $1,490.67 | $47,701.44 |
| 33 | 11/1/2027 | 11/30/2027 | $1,490.67 | $49,192.11 |
| 34 | 12/1/2027 | 12/31/2027 | $1,490.67 | $50,682.78 |
| 35 | 1/1/2028 | 1/31/2028 | $1,490.67 | $52,173.45 |
| 36 | 2/1/2028 | 2/29/2028 | $1,490.67 | $53,664.12 |
| 37 | 3/1/2028 | 3/31/2028 | $1,490.67 | $55,154.79 |
| 38 | 4/1/2028 | 4/30/2028 | $1,490.67 | $56,645.46 |
| 39 | 5/1/2028 | 5/31/2028 | $1,490.67 | $58,136.13 |
| 40 | 6/1/2028 | 6/30/2028 | $1,490.67 | $59,626.80 |
| 41 | 7/1/2028 | 7/31/2028 | $1,490.67 | $61,117.47 |
| 42 | 8/1/2028 | 8/31/2028 | $1,490.67 | $62,608.14 |
| 43 | 9/1/2028 | 9/30/2028 | $1,490.67 | $64,098.81 |
| 44 | 10/1/2028 | 10/31/2028 | $1,490.67 | $65,589.48 |
| Total | | | | **$65,589.48** |

Payments Expected for Step 3:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 3/1/2025 | 3/31/2025 | $77.33 | $77.33 |
| 2 | 4/1/2025 | 4/30/2025 | $77.33 | $154.66 |
| 3 | 5/1/2025 | 5/31/2025 | $77.33 | $231.99 |
| 4 | 6/1/2025 | 6/30/2025 | $77.33 | $309.32 |
| 5 | 7/1/2025 | 7/31/2025 | $77.33 | $386.65 |
| 6 | 8/1/2025 | 8/31/2025 | $77.33 | $463.98 |
| Total | | | | **$463.98** |

Payments Expected for Step 4:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 9/1/2025 | 9/30/2025 | $197.33 | $197.33 |
| 2 | 10/1/2025 | 10/31/2025 | $197.33 | $394.66 |
| 3 | 11/1/2025 | 11/30/2025 | $197.33 | $591.99 |
| 4 | 12/1/2025 | 12/31/2025 | $197.33 | $789.32 |
| 5 | 1/1/2026 | 1/31/2026 | $197.33 | $986.65 |
| 6 | 2/1/2026 | 2/28/2026 | $197.33 | $1,183.98 |
| 7 | 3/1/2026 | 3/31/2026 | $197.33 | $1,381.31 |
| 8 | 4/1/2026 | 4/30/2026 | $197.33 | $1,578.64 |
| 9 | 5/1/2026 | 5/31/2026 | $197.33 | $1,775.97 |
| 10 | 6/1/2026 | 6/30/2026 | $197.33 | $1,973.30 |
| 11 | 7/1/2026 | 7/31/2026 | $197.33 | $2,170.63 |
| 12 | 8/1/2026 | 8/31/2026 | $197.33 | $2,367.96 |
| 13 | 9/1/2026 | 9/30/2026 | $197.33 | $2,565.29 |
| 14 | 10/1/2026 | 10/31/2026 | $197.33 | $2,762.62 |
| 15 | 11/1/2026 | 11/30/2026 | $197.33 | $2,959.95 |
| 16 | 12/1/2026 | 12/31/2026 | $197.33 | $3,157.28 |
| 17 | 1/1/2027 | 1/31/2027 | $197.33 | $3,354.61 |
| 18 | 2/1/2027 | 2/28/2027 | $197.33 | $3,551.94 |
| 19 | 3/1/2027 | 3/31/2027 | $197.33 | $3,749.27 |
| 20 | 4/1/2027 | 4/30/2027 | $197.33 | $3,946.60 |
| 21 | 5/1/2027 | 5/31/2027 | $197.33 | $4,143.93 |
| 22 | 6/1/2027 | 6/30/2027 | $197.33 | $4,341.26 |
| 23 | 7/1/2027 | 7/31/2027 | $197.33 | $4,538.59 |
| 24 | 8/1/2027 | 8/31/2027 | $197.33 | $4,735.92 |
| 25 | 9/1/2027 | 9/30/2027 | $197.33 | $4,933.25 |
| 26 | 10/1/2027 | 10/31/2027 | $197.33 | $5,130.58 |
| 27 | 11/1/2027 | 11/30/2027 | $197.33 | $5,327.91 |
| 28 | 12/1/2027 | 12/31/2027 | $197.33 | $5,525.24 |
| 29 | 1/1/2028 | 1/31/2028 | $197.33 | $5,722.57 |
| 30 | 2/1/2028 | 2/29/2028 | $197.33 | $5,919.90 |
| 31 | 3/1/2028 | 3/31/2028 | $197.33 | $6,117.23 |
| 32 | 4/1/2028 | 4/30/2028 | $197.33 | $6,314.56 |
| 33 | 5/1/2028 | 5/31/2028 | $197.33 | $6,511.89 |
| 34 | 6/1/2028 | 6/30/2028 | $197.33 | $6,709.22 |
| 35 | 7/1/2028 | 7/31/2028 | $197.33 | $6,906.55 |
| 36 | 8/1/2028 | 8/31/2028 | $197.33 | $7,103.88 |
| 37 | 9/1/2028 | 9/30/2028 | $197.33 | $7,301.21 |
| 38 | 10/1/2028 | 10/31/2028 | $197.33 | $7,498.54 |
| Total | | | | **$7,498.54** |

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 12/2024 | $1,401.00 | | | $1,401.00 |
| 2 | 1/2025 | $1,401.00 | | | $2,802.00 |
| 3 | 2/2025 | $1,401.00 | $700.00 | $3,503.00 (CONF OE 3/3/25) | $0.00 |
| 4 | 3/2025 | $1,568.00 | | | $1,568.00 |
| 5 | 4/2025 | $1,568.00 | $325.00 | | $2,811.00 |
| 6 | 5/2025 | $1,568.00 | | | $4,379.00 |
| 7 | 6/2025 | $1,568.00 | $1,570.00 | | $4,377.00 |
| 8 | 7/2025 | $1,568.00 | $1,538.00 | | $4,407.00 |
| 9 | 8/2025 | $1,568.00 | $1,568.00 | $4,407.00 (CONF OE 9/12/25) | $0.00 |
| 10 | 9/2025 | $1,688.00 | $1,568.00 | | $120.00 |
| 11 | 10/2025 | $1,688.00 | | | $1,808.00 |
| 12 | 11/2025 | $1,688.00 | $1,568.00 | | $1,928.00 |
| 13 | 12/2025 | $1,688.00 | $3,700.00 | | ($84.00) |
| 14 | 1/2026 | $1,688.00 | | | $1,604.00 |
| 15 | 2/2026 | $1,688.00 | | | $3,292.00 |
| 16 | 3/2026 | $1,688.00 | $3,336.00 | | $1,644.00 |
| 17 | 4/2026 | $1,688.00 | $1,668.00 | | $1,664.00 |
| 18 | 5/2026 | $1,688.00 | | | $3,352.00 |
| 19 | 6/2026 | $1,688.00 | | | $5,040.00 |
| 20 | 7/2026 | $1,688.00 | $3,376.00 | | $3,352.00 |
| 21 | 8/2026 | $1,688.00 | $1,668.00 | | $3,372.00 |
| 22 | 9/2026 | $1,688.00 | | | $5,060.00 |
| 23 | 10/2026 | $1,688.00 | $1,668.00 | | $5,080.00 |
| 24 | 11/2026 | $1,688.00 | | | $6,768.00 |

**Total Delinquent Amount: $6,768.00**