**EXHIBIT 'C'**

**GRENEN & BIRSIC, P.C.**
ATTORNEYS AT LAW
ONE GATEWAY CENTER, NINTH FLOOR
PITTSBURGH, PENNSYLVANIA 15222
TEL (412) 281-7650 FAX (412) 281-7657

October 21, 2026

Jeremy J. Kobeski
jkobeeski@grenenbirsic.com

***Via First Class, U.S. Mail***
Lisa McCarney
12219 Adams Drive
North Huntingdon, PA 15642

***Via E-mail & First Class, U.S. Mail***
Lawrence Willis, Esquire
Willis & Associates
201 Penn Center Blvd, Suite 310
Pittsburgh, PA 15235

***RE: Lisa McCarney***
***Bankruptcy Case No. 24-22911-GLT***

Dear Ms. Carney and Attorney Willis:

This firm represents NexTier Bank, N.A. (hereinafter "NexTier") in the Chapter 13 case currently pending at Case No. 24-22911-GLT in the Western District of Pennsylvania.

On July 21, 2025, the Chief U.S. Bankruptcy Judge Gregory L. Taddonio signed a Consent Order Granting Conditional Relief from Stay in Favor of NexTier as to 12219 Adams Drive, North Huntingdon, PA 15642 ("Consent Order"). Under the terms of the Consent Order, NexTier's relief from the automatic stay of §362 of the bankruptcy code was conditionally stayed so long as Lisa McCarney ("Debtor") remitted timely and full monthly Chapter 13 plan payments to the Chapter 13 Trustee for twelve consecutive months.

Please take notice that the Debtor is in default of her payment obligations under the Consent Order. Monthly post-petition payments have not been regularly and consistently made since the entry of the Consent Order and since the confirmation order entered September 12, 2025, when $4,407.00 in plan arrears were forgiven, the Debtor's payment delinquency to the trustee has grown to $5,080.00 as of October 2026. This represents a delinquency greater than three (3) plan payments. Furthermore, NexTier is owed a total of $1,854.16 and did not receive a disbursement from the Trustee in September 2026.

**GRENEN & BIRSIC, P.C.**



Please take notice that pursuant to the Consent Order, the Debtor has ten (10) days to cure the default. Please send all payments to the Chapter 13 Trustee. If the default is not cured within ten (10) days, the Consent Order granting a conditional stay from NexTier's relief for the automatic stay of §362 of the bankruptcy code shall be vacated and NexTier will move forward in filing an Affidavit of Default.

I urge the Debtor to give prompt attention to this very urgent matter.

Very truly yours,

Jeremy J. Kobeski

**THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ALL INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.**